# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CYNTHIA NEUHARTH,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>NATIONWIDE CREDIT INC.,<br><br>　　　　　　　　　Defendant. | Case No. 16-CV-1133-JPS<br><br><br>**ORDER** |

　　　　On August 23, 2016, Plaintiff filed a complaint against Defendant, alleging violations of the Fair Debt Collection Practices Act. (Docket #1). The record does not reflect that Defendant has been served with process. On November 14, 2016, Plaintiff filed a notice of voluntary dismissal with prejudice and without costs to any party. (Docket #5). The Court will adopt that notice of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

　　　　Accordingly,

　　　　**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #5) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs or attorney's fees to any party.

　　　　Dated at Milwaukee, Wisconsin, this 1st day of December, 2016.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　*s/ J. P. Stadtmueller*
　　　　　　　　　　　　　　　　J.P. Stadtmueller
　　　　　　　　　　　　　　　　U.S. District Judge